UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SABRINA M. CAFFEE,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA A NATIONAL BANK ASSOCIATION; BRIGITTE AMOUROUX, individually; SONJA WILLIMS, individually COUNTRYWIDE HOME LOANS, INC., a New York corporation, COUNTRYWIDE FINANCIAL CORP., a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; RECONTRUST COMPANY, N.A., et al.,<br><br>    Defendant.<br>_____ | 3:09-CV-00641-PMP-VPC<br><br>**ORDER** |

The Court having read and considered Plaintiff's Second Motion to Remand to the Third Judicial District Court in and for the State of Nevada County of Lyon (Doc. #37), filed on August 27, 2010, and Defendants' Notice that Defendants' Response to Second Motion to Remand is not Presently Required (Doc. #38) filed September 13, 2010, and good cause appearing,

///

**IT IS ORDERED that** Plaintiff Sabrina Caffee's Second Motion to Remand to the Third Judicial District Court in and for the State of Nevada County of Lyon (Doc. #37) is **DENIED**.

DATED: September 16, 2010.

_____
PHILIP M. PRO
United States District Judge