UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SABRINA M. CAFFEE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA A NATIONAL BANK ASSOCIATION; BRIGITTE AMOUROUX, individually; SONJA WILLIMS, individually COUNTRYWIDE HOME LOANS, INC., a New York corporation, COUNTRYWIDE FINANCIAL CORP., a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; RECONTRUST COMPANY, N.A., et al.,<br><br>Defendant.<br>_____ | 3:09-CV-00641-PMP-VPC<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion to Certify State Law Question to the Nevada Supreme Court (Doc. #40), filed April 4, 2011, and Defendants' Opposition thereto (Doc. #43), filed April 26, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Sabrina Caffee's Motion to Certify State Law Question to the Nevada Supreme Court (Doc. #40) is **DENIED**.

DATED: May 9, 2011.

*/s/ Philip M. Pro*
PHILIP M. PRO
United States District Judge