J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Home Loans Inc., Recontrust Company, N.A., Countrywide Financial Corp., MERS, Bank of America Corporation, N.A., and Merscorp, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA M. CAFFEE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA, a National Bank Association; BRIGITTE AMOUROUX, individually; SONJA WILLIMS, individually; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORP., a Delaware corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation [MERS]; BANK OF AMERICA CORPORATION, N.A.; RECONTRUST COMPANY, N.A.; et al.,<br><br>Defendants. | Case:  3:09-cv-00641-PMP-VPC<br><br><br><br>**Order** |

On May 19, 2011, Defendants Countrywide Home Loans, Inc., ReconTrust Company, N.A. ("ReconTrust"), Countrywide Financial Corp., Mortgage Electronic Registration Systems, Inc. ("MERS"), Bank of America, N.A. (erroneously named "Bank of America Corporation, N.A.") and Merscorp, Inc. (collectively, "Defendants"), filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion").

A telephonic hearing was conducted on September 6, 2005; following a review of the pleadings and after consideration of the arguments of counsel;

-1-

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. #48] is granted, with prejudice; and

The Court further finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about September 23, 2009 in the real property records maintained by the Lyon County Recorder, identified as APN# 022-161-09. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Lyon County, Nevada within a reasonable amount of time from the date of this order's issue.

_____
U.S. DISTRICT COURT JUDGE
DATED: September 14, 2011.

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

599837.1

# EXHIBIT A

00248795;

APN# 022-161-09

**Recording Requested by:**

Name _Law Office Rick Lawton_

Address _5435 Reno Hwy_

City/State/Zip _Fallon NV 89406_

**Mail Tax Statements to:**

Name _N/A_

Address

City/State/Zip

_By Plaintiff of Pendency of Action_
**Title of Document**
(Required Field)

FILL IN ALL THAT APPLY

The Undersigned Hereby Affirms That This Document Submitted For Recording Contains Personal Information As Required By Law*

_____   _____
Specify Law*                Signature

_____   _____   _____
Specify Law*                Print Name           Title

*If there is no applicable State or Federal Law, Personal Information must be removed prior to recording

If this document is a re-record or correction, fill out below:

Correcting Document# _____ Amending _____

Reason for re-record

(For Re-records, all pages from original document must be included, $25 Non-conforming Fee Applies)

If legal description is in metes & bounds, indicate where it was obtained

_____ ( Document Title), Book ____ Page ____ or

Document # _____ recorded _____ (date) in the

Lyon County Recorder's Office
                            -OR-
If prepared by a surveyor, provide name and address

_____

_____

"Personal information" means a natural person's first name or first initial and last name in combination with any one or more of the following data elements
1. Social security number
2. Driver's license number or identification card number
3. Account number, credit card number or debit card number, in combination with any required security code, access code or password

This page added to provide additional information required by NRS 111 312 Sections 1-4
($1 00 Additional Recording Fee Applies)

---

DOC # 448665
09/23/2009   09 42 AM
**Official Record**
Requested By
RICK LAWTON ESQ
Lyon County - NV
Mary C Milligan - Recorder
Page 1 of 3   Fee $16 00
Recorded By AT   RPTT

0448665

"UNOFFICIAL COPY"

448665  09/23/2009
002 of 3

Case No CV-20334
Dept No II

The undersigned hereby affirms that this
Document does not contain a social security no

FILED
2009 SEP 23 AM 9:11
NIKKI A BRYAN
LYON COUNTY CLERK
**Andrea Andersen**
DEPUTY

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF LYON

SABRINA M. CAFFE,

        Plaintiff,

vs

FIRST NATIONAL BANK OF NEVADA A
NATIONAL BANK ASSOCIATION, BRIGITTE
AMOUROUX, individually, SONJA WALLIS,
individually COUNTRYWIDE HOME LOANS,
INC a New York corporation, COUNTRYWIDE
FINANCIAL CORP, a Delaware corporation
MERSCORP, INC a Virginia corporation,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC, a subsidiary of MERSCORP,
INC, a Delaware corporation, [MERS], BANK
OF AMERICA CORPORATION, N.A;
RECONTRUST COMPANY, N A, and
DOES 1-25 CORPORATIONS, DOES and
ROES 1-25 Individuals, [Partnerships, or
anyone claiming any interest to the property
described in the action

        Defendants

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

        NOTICE IS HEREBY GIVEN that an action has been commenced

**TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiffs' against

the above-named Defendant to quiet the title for the premises and real estate in the

1

"UNOFFICIAL COPY"

RICK LAWTON'S LAW OFFICE
5435 Reno Hwy
PO Box 1740
Fallon Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

448665  09/23/2009
003 of 3

1  Complaint in said action, and hereinafter described, and to determine all and every
2  claim, estate or interest therein of said Defendant, adverse to said Plaintiff, and the
3  premises affected by this suit are situated in the County of Lyon, State of Nevada, and
4  are more particularly described as follows
5
6  The action pertains to the following described property
7
8  Real property with improvements thereon, located in City of Fernley, County of Lyon, State of Nevada, bounded and described as follows
9
10  Lot 76, as shown on the Final Map of ENNOR EAST SUBDIVISION PHASE 1 (dba COTTONWOOD ESTATES), recorded in the office of the County Recorder of Lyon County, Nevada, on August 20, 2004, as Document No 329041
11
12  APN 022-161-09
13
14  DATED This 17 day of September, 2009
15
       RICK LAWTON, ESQUIRE
       Attorney at Law
16     5435 Reno Hwy
       Fallon, Nevada 89406
17
18  By _____
       RICK LAWTON, Esquire
19

**CERTIFIED COPY**
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office

DATE: September 23, 2009
Nikki A Bryan, County Clerk and Clerk of the Third Judicial District Court of the State of Nevada, in and for Lyon County.

By Andrea Andersen
   Deputy

2