J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Home Loans Inc., Recontrust Company, N.A., Countrywide Financial Corp., MERS, Bank of America Corporation, N.A., and Merscorp, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA M. CAFFEE,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIRST NATIONAL BANK OF NEVADA, a National Bank Association; BRIGITTE AMOUROUX, individually; SONJA WILLIMS, individually; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORP., a Delaware corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation [MERS]; BANK OF AMERICA CORPORATION, N.A.; RECONTRUST COMPANY, N.A.; et al.,<br><br>          Defendants. | Case: 3:09-cv-00641-PMP-VPC<br><br>**AMENDED ORDER** |

On May 19, 2011, Defendants Countrywide Home Loans, Inc., ReconTrust Company, N.A. ("ReconTrust"), Countrywide Financial Corp., Mortgage Electronic Registration Systems, Inc. ("MERS"), Bank of America, N.A. (erroneously named "Bank of America Corporation, N.A.") and Merscorp, Inc. (collectively, "Defendants"), filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion").

. . .

1   A telephonic hearing was conducted on September 6, 2005; following a review of the pleadings and after consideration of the arguments of counsel;

1. IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. #48] is granted, with prejudice.

_____
U.S. DISTRICT COURT JUDGE
DATED: September 20, 2011

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants